UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-03682-MEH

JAHMAL MILLER,

    Plaintiff,

v.

MILE HI FOODS, CO.,
CHRISTOPHER C. WATSON, and
ALEXANDER H. TRUDDEN,

    Defendants.

---

## ENTRY OF FINAL JUDGMENT

---

On October 21, 2022, the jury reached a verdict totaling $4,300,000.00. After adjustment for the non-economic damages cap of $613,760.00 pursuant to C.R.S. §13-21-102.5, the principal judgment totals $4,213,760.00.[1] Pursuant to Fed. R. Civ. P. 58, the court directs the clerk to ENTER JUDGMENT as follows: in favor of Plaintiff, Jahmal Miller, and against the Defendants according to their pro rata liability apportioned by the jury, inclusive of prejudgment interest pursuant to C.R.S. §13- 21-101(1) through October 21, 2022 as listed below:

---

[1] The Court notes Plaintiff's intention to file a motion seeking restoration of the full $700,000 through the relief valve available pursuant to C.R.S. § 13-21-102.5(3)(a).

| Defendant | Principal | Prejudgment Interest | Per diem Interest |
|---|---|---|---|
| Christopher Watson (60%) | $2,528,256.00 | $668,138.68 | $788.15 |
| Mile Hi Foods, Co. (15%) | $632,064.00 | $167,034.67 | $197.04 |
| Alexander Trudden (24%) | $1,011,302.40 | N/A | N/A |

Therefore, total judgment against Defendants Christopher Watson and Mile Hi Foods, Co. shall be entered as $3,995,493.35, with interest continuing to accrue at the per diem rate of $985.19 through satisfaction of judgment. Based on agreement of the Parties, there shall be no prejudgment interest entered against Defendant Trudden.

Pursuant to D.C.COLO.LCivR 54.1, Plaintiff, as the prevailing party, shall submit his bill of costs within 14 days of this order.

The Clerk of Court shall close this case.

Entered this 1st day of November, 2022, at Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge