UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-03682-MEH

JAHMAL MILLER,

    Plaintiff,

v.

MILE HI FOODS, CO.,
CHRISTOPHER C. WATSON, and
ALEXANDER H. TRUDDEN,

    Defendants.

---

## AMENDED FINAL JUDGMENT

---

This matter comes before this Court upon the proposed Amended Final Judgment that the parties submitted in compliance with the Orders at ECF 114 & 115. Final Judgment is entered in favor of Plaintiff, Jahmal Miller, and against the Defendants according to their pro rata liability apportioned by the jury, inclusive of prejudgment interest pursuant to C.R.S. §13- 21-101(1) through October 21, 2022 as listed below:

| Defendant | Principal | Prejudgment Interest | Per diem Interest |
|---|---|---|---|
| Christopher Watson (60%) | $2,580,000.00 | $681,813.00 | $804.28 |
| Mile Hi Foods, Co. (15%) | $645,000.00 | $170,453.25 | $201.07 |
| Alexander Trudden (24%) | $1,032,000.00 | N/A | N/A |

1

Therefore, total judgment against Defendants Christopher Watson and Mile Hi Foods, Co. shall be entered as $4,077,266.25, with interest continuing to accrue at the per diem rate of $1,005.35 from October 22, 2022 through satisfaction of judgment. Based on agreement of the Parties, there shall be no prejudgment interest entered against Defendant Trudden.

Additionally with regard to costs, $16,000.00 has been taxed against Defendants Mile Hi Foods, Co. and Christopher Watson and $8,000.00 has been taxed against Defendant Alexander Trudden. (ECF No. 108).

Entered this 10th day of January, 2023, at Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge