**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-03682-MEH

JAHMAL MILLER,

      Plaintiff,

  v.

MILE HI FOODS, CO.,
CHRISTOPHER C. WATSON, and
ALEXANDER H. TRUDDEN,

      Defendants.

**DEFENDANTS' NOTICE OF APPEAL**

Defendants Mile Hi Foods, Co. and Christopher C. Watson, by and through their attorneys at Taylor | Anderson, LLP, hereby file their Notice of Appeal, pursuant to Fed. R. App. Pro. 3 & 4.

  I.  **PARTIES TAKING APPEAL (F.R.A.P. 3(c)(1)(A))**

     a. Defendants Mile Hi Foods, Co. and Christopher C. Watson are taking this appeal.

  II.  **JUDGMENT OR APPEALABLE ORDER FROM WHICH APPEAL IS TAKEN (F.R.A.P. 3(c)(1)(B))**

     a. Jury verdict of October 21, 2022, with Judgment Entered November 1, 2022 (Doc. No. 102) and Amended Judgment Entered January 10, 2023 (Doc. No. 117).

     b. Order denying Motion for New Trial, issued January 23, 2023 (Doc. No. 120).

  III.  **NAME OF COURT TO WHICH THE APPEAL IS TAKEN (F.R.A.P. 3(c)(1)(C))**

    a.   The United States Court of Appeals for the Tenth Circuit

**DATED** this 22nd day of February, 2023.

> Respectfully submitted,
>
> TAYLOR | ANDERSON, LLP
>
> <u>*/s/ Robert L. Barlow*</u>
> Katherine M. Woodward, Esq.
> Robert L. Barlow, Esq.
> Taylor | Anderson, LLP
> 1670 Broadway, Suite 900
> Denver, CO   80202
> 303-473-5936 Telephone
> 303-551-6655 Facsimile
> kwoodward@talawfirm.com
> rbarlow@talawfirm.com
> *Attorneys for Defendants Mile Hi Foods, Co. and Christopher C. Watson*

# CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2023, a true and correct copy of the foregoing **DEFENDANTS' NOTICE OF APPEAL** was served to the following:

Sarah T. McEahern
Kurt M. Zaner
Zaner Harden Law LLP
1610 Wynkoop Street
Suite 120
Denver, CO 80202
303-563-5354
stm@zanerhardenlaw.com
kz@zanerhardenlaw.com
*Attorneys for Plaintiff Jahmal Miller*

Bradley Ross-Shannon
Mark J. Gauthier
Ross-Shannon & Delaney P.C.
300 Union Boulevard
Suite 415
Lakewood, CO 80228
303-988-9500
Fax: 303-988-9511
br-s@ross-shannonlaw.com
mgauthier@ross-shannonlaw.com
*Attorneys for Defendant Alexander Trudden*

Peter M. Spiessbach
Gary L. Palumbo
Bayer & Carey, P.C.
1660 North Downing Street
Denver, CO 80218
303-830-8911
Fax: 303-830-8911
peters@bayerlaw.com
garyp@bayerlaw.com
*Co-Counsel for Defendants Mile Hi Foods, Co.
& Christopher C. Watson*

*/s/ Molly Day*_____
Molly Day
