IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF COLORADO

Civil Action No.:  20-CV-03682-MEH

JAHMAL MILLER,

    Plaintiff,

v.

MILE HI FOODS, CO., CHRISTOPHER C. WATSON, AND ALEXANDER H.
TRUDDEN

    Defendants.

---

## NOTICE OF SATISFACTION OF JUDGMENT

---

COMES NOW the Plaintiff, Jahmal Miller, by and through counsel, Zaner Harden Law LLP, and Defendants Mile Hi Foods, Inc. and Christopher C. Watson, through counsel, Taylor Anderson, LLP, state that Defendants Mile Hi Foods and Christopher C. Watson have satisfied in full the judgment for the jury verdict, including pre-judgment, post-judgment interest, and costs.

Respectfully submitted: July 17, 2023.

*/s/ Sarah T. McEahern*
Kurt Zaner, Esq.
Sarah T. McEahern Esq.
Zaner Harden Law, LLP
1610 Wynkoop Street, Suite 120
Denver, CO  80202
Telephone: 303-563-5354
Facsimile: 303-563-5351
Email: kz@zanerhardenlaw.com
       stm@zanerhardenlaw.com
*Attorneys for Plaintiff*

1

*/s/ John Osgood*
John T. Osgood
Katherine Wittenberg
Taylor Anderson
1670 Broadway Ste 900
Denver, CI 80202
Attorneys for Defendants Mile Hi Foods, Inc and Christopher C. Watson

## CERTIFICATE OF MAILING

I hereby certify that on July 17, 2023, a true and correct copy of the foregoing **NOTICE OF SATISFACTION OF JUDGMENT** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kurt Zaner, Esq.
Sarah T. McEahern Esq.
Zaner Harden Law, LLP
1610 Wynkoop Street, Suite 120
Denver, CO  80202
Telephone: 303-563-5354
Facsimile: 303-563-5351
Email: kz@zanerhardenlaw.com
stm@zanerhardenlaw.com
*Attorneys for Plaintiff*

Gary Palumbo, Esq.
Bayer & Carey, PC
1660 Downing Street
Denver, CO  80218
Telephone: 303-830-8911
Facsimile: 303-830-8917
Email: garyp@bayerlaw.com
*Attorneys for Mile Hi Foods and Christopher Watson*

/s/ Jenny Koenig